

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Derelle Oliver

**Plaintiff,**

V.

Unnamed Respondent(s), Matthew Cate, and B. M. Cash

**Defendant.**

Civil Action No.  12cv01698-MMA-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Denies Petitioner's first amended petition with prejudice. The Court finds that this standard has not been met and therefore Declines to to issue a certificate of appealability in this case.

Date:        10/22/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/  V. Mosqueda

V. Mosqueda, Deputy